UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-102-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO CHANGE NAME |
| | ) | |
| SHARDE RICHARDSON | ) | |
| a/k/a "Sade Shana Holland" | ) | |

Upon motion of the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, it is hereby ORDERED that all court records pertaining to SHARDE RICHARDSON be changed to correctly reflect the proper identification of the defendant as SADE SHANA HOLLAND, also known as "Sharde Richardson."

This the **17** day of April 2018.

JAMES C. DEVER III
Chief, United States District Judge